SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
IGNACIO VERA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IGNACIO VERA,

        Plaintiff,

   vs.

DIRECT TIRE CO., INC.; ENRICO LOMBARDO LLC; and DOES 1 to 10,

        Defendants.

**Case No.: 2:24-cv-08101-DDP (AJRx)**

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff IGNACIO VERA ("Plaintiff") and Defendants DIRECT TIRE CO., INC. and ENRICO LOMBARDO LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

\\

STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED:  April 21, 2025        SO. CAL. EQUAL ACCESS GROUP


By:  ___/s/  Jason J. Kim_____
        Jason J. Kim
        Attorneys for Plaintiff


DATED:  April 21, 2025        Feldman Berman Schwartz LLP


By:  ___/s/ Gary N Schwartz_____
        Gary N Schwartz, Esq.
        Attorneys for Defendants
        DIRECT TIRE CO., INC. and ENRICO
        LOMBARDO LLC


### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  April 21, 2025                By: */s/ Jason J. Kim*_____
                                                Jason J. Kim

-2-

STIPULATION FOR DISMISSAL